IT IS SO ORDERED:

Glenn T. Suddaby
U.S. District Judge

Dated: 4/1/2024
Syracuse, NY

**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| SHARON A. HOWLAND, | ) | Case No. 5:23-cv-0736 |
| *Plaintiff*, | ) | |
| | ) | Glenn T Suddaby |
| v. | ) | United States District Judge |
| | ) | |
| MARTIN O'MALLEY, | ) | Stipulation – Document Filed Electronically |
| Commissioner of | ) | |
| Social Security,[1] | ) | |
| *Defendant*. | ) | |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings, including a hearing and decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Martin O'Malley,

By His Attorneys
Carla B. Freedman,
United States Attorney

*/s/ Heetano Shamsoondar*
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Blvd
Baltimore, MD 21235
212-264-2426
heetano.shamsoondar@ssa.gov

Sharon A. Howland,

By Her Attorney

_____
Olinsky Law Group
250 South Clinton Street - Suite 210
Syracuse, NY 13202
Tel: (315) 701-5780
Fax: (315) 701-5781
holinsky@windisability.com

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).